**MUSGRAVE PENCIL CO., INC.,** General Pencil Co., Inc., Sanford, L.P., and Rose Moon, Inc., Plaintiffs–Appellants,

v.

**UNITED STATES,** Defendant–Appellee,

and

Three Star Stationery Industry Co., Ltd., Orient International Holding Shanghai Foreign Trade Corp., and China First Pencil Co., Ltd., Defendants,

and

Shandong Rongxin Import & Export Co., Ltd., Defendant.

No. 2007–1306.

United States Court of Appeals, Federal Circuit.

Nov. 7, 2007.

George W. Thompson, Neville Peterson LLP, of Washington, DC, argued for plaintiffs-appellants. Of counsel was Casey K. Richter.

Loren Misha Preheim, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee, United States. Of counsel on the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, and Patricia M. McCarthy, Assistant Director. Of counsel on the brief were Michele D. Lynch, Senior Counsel, and Ahran Kang, Attorney, Office of Chief Counsel for Import Administration, United States Department of Commerce, of Washington, DC. Of counsel was Elizabeth Thomas. Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC.

Before MICHEL, Chief Judge, RADER, and MOORE, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.